

FILED
4/14/2025
TD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Hanna Helwig (312) 371-4171

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN CEDERO ROMERO | Case No.: 25CR 196<br>Daniel P. McLaughlin<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, DOMINIC J. BUFFONE, appearing before United States Magistrate Judge Daniel P. McLaughlin by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that MARVIN CEDERO ROMERO has been charged by Complaint in the Western District of Texas with the following criminal offense: improperly entering the United States as an alien, in violation of Title 8, United States Code, Section 1325(a)(1).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

DOMINIC J BUFFONE
Digitally signed by DOMINIC J BUFFONE
Date: 2025.04.13 12:50:32 -05'00'

DOMINIC J. BUFFONE
Special Agent
Homeland Security
Investigations

SWORN TO AND AFFIRMED by telephone this 14th day of April, 2025.

Daniel P. McLaughlin
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Marvin CEDERO Romero,<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. EP: 25-M-1296-MAT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marvin CEDERO Romero ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325(a)(1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than designated by immigration officers.

Date: 03/26/2025 at 2:24 p.m.

*Issuing officer's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
March 26, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ APV _____
DEPUTY

United States of America )
v. )
Marvin CEDERO Romero, )   Case No.   EP: 25-M-1296-MAT
)
)
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 9, 2024  in the county of  El Paso  in the
 Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than designated by immigration officers. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Eric F. Sanchez
Homeland Security Investigations
*Printed name and title*

Sworn to ~~before me and signed in my presence~~ telephonically.

Date: ~~March 25, 2025~~  March 26, 2025 at 2: 24 p.m.

_____
*Judge's signature*

City and state:  El Paso, Texas

Miguel A. Torres
United States Magistrate Judge
*Printed name and title*

The DEFENDANT, Marvin CEDERO Romero, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on or about April 19, 2024, near the Ysleta Port of Entry in El Paso, Texas, in the Western District of Texas. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien who illegally entered the Untied States, the subject was arrested and transported to the El Paso Hardened Facility (EHF) for further processing using the E3/IDENT and IAFIS systems.

Based on the aforementioned facts, the affiant believes CEDERO committed the offense of 8 U.S.C. 1325.